IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES T. KING,

    Petitioner,                                  JUDGMENT IN A CIVIL CASE

v.                                               Case No. 13-cv-537-wmc

R. WERLINGER, Warden,
FCI - Oxford,

    Respondent.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing James T. King's petition for a writ of habeas corpus under 28 U.S.C. § 2241 for lack of jurisdiction because his claims do not fit within the savings clause found in 28 § U.S.C. 2255(e).

/s/                                                      12/19/2013

Peter Oppeneer, Clerk of Court                        Date