IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES T. KING,

    Petitioner,                          ORDER

    v.                                          13-cv-537-wmc

R. WERLINGER, Warden,
FCI- OXFORD,

    Respondent.

    Federal prisoner James T. King filed a petition for relief pursuant to 28 U.S.C. § 2241 from a conviction and sentence imposed by the United States District Court for the Northern District of Illinois. On December 19, 2013, the court dismissed this action for lack of jurisdiction. King has now filed a motion for reconsideration, which is construed as one seeking to alter or amend the judgment under Fed. R. Civ. P. 59(e). To prevail on a motion under Rule 59(e), the moving party must identify an error of law that merits reconsideration of the judgment. *See Obriecht v. Raemisch*, 517 F.3d 489, 494 (7th Cir. 2008); *Sigsworth v. City of Aurora, Ill.*, 487 F.3d 506, 511-12 (7th Cir. 2007). King does not show that the dismissal order was entered in error or that he is entitled to relief from the judgment. Accordingly, the motion will be denied.

ORDER

    IT IS ORDERED that James T. King's motion for reconsideration (Dkt. # 7) is DENIED.

    Entered this 13th day of January, 2014.

                                                  BY THE COURT:

                                                  /s/

                                                  _____
                                                  WILLIAM M. CONLEY
                                                  District Judge