IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES T. KING,)
    Petitioner-Appellant,)
)
v. ) Case No. 13-cv-537-wmc
)
R. WERLINGER, Warden,)
OXFORD FCI,)
    Respondent-Appellee.)

NOTICE OF APPEAL

James King tenders this notice of appeal to the district court's 'ORDER' of December 19, 2013 and its January 13, 2014 'ORDER' for denial of a rehearing.

Date: January 21, 2014

Respectfully Submitted,

JAMES T. KING
#30123-424
Pro se
Fed. Corr. Inst.
O.O. Box 1000
Oxford, WI 53952