IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES T. KING,

                Petitioner,                      ORDER

      v.                                      13-cv-537-wmc
                                                    Appeal No. 14-1141

ROBERT WERLINGER, Warden,

                Respondent.

On December 19, 2013, this court dismissed the habeas corpus petition filed by federal prisoner James T. King. The court did so after concluding that it lacked jurisdiction under 28 U.S.C. § 2241 to consider his proposed challenge to a conviction from the United States District Court for the Northern District of Illinois. King has now filed a notice of appeal. To date, however, he has not paid the appellate docketing fee ($505.00). Although King has filed a motion for leave to proceed without prepayment of that fee, he neglected to include a certified copy of his inmate trust fund account statement (or institutional equivalent) as required by the federal *in forma pauperis* statute, 28 U.S.C. § 1915(a)(2). Accordingly, the court cannot consider his motion at this time.

ORDER

IT IS ORDERED that, within **twenty (20) days**, petitioner James T. King shall either (1) pay the $505.00 appellate docketing fee; or (2) submit a certified copy of his inmate trust fund account statement for the 6-month period preceding his appeal in compliance with 28 U.S.C. § 1915(a)(2). Failure to comply as directed may result in the dismissal of his appeal.

Entered this 31st day of January, 2014.

                                                   BY THE COURT:

                                                   /s/
                                                   PETER OPPENEER
                                                   Magistrate Judge